**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HUGO ROSALES, | ) | NO. CV 10-06768 MMM (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SALINAS VALLEY STATE PRISON, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 6, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE